IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL RIVERA, :
        Plaintiff, : 1:17-cv-1497
:
v. : Hon. John E. Jones III
:
RHU LIEUTENANT MONKO, *et al.*,:
        Defendants. :

# ORDER

**March 20, 2019**

NOW THEREFORE, upon consideration of the motion (Doc. 25) for summary judgment pursuant to Federal Rule of Civil Procedure 56, filed on behalf of Defendants Monko, Adams, Gilbert, and Alber, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 25) for summary judgment is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of Defendants Monko, Adams, Gilbert and Alber, and against Plaintiff.

3. John Doe is DISMISSED pursuant to Federal Rule of Civil Procedure 4(m). The Clerk of Court is directed to NOTE on the docket that this Defendant is terminated.

4. The Clerk of Court is further directed to CLOSE this case.

5. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                            s/ John E. Jones III
                                            John E. Jones III
                                            United States District Judge